Case 4:18-cr-00267-BSM   Document 9   Filed 06/06/18   Page 1 of 1

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN - 6 2018

JAMES W. McCORMACK, CLERK
By:_____
                      DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:18CR 00267 BSM |
| | ) | |
| | ) | 18 U.S.C. § 2422(b) |
| | ) | 18 U.S.C. § 2423(b) |
| JONATHAN STACY BERRIER | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From in or about March 2017, through on or about May 4, 2018, in the Eastern District of Arkansas, the defendant,

JONATHAN STACY BERRIER,

using facilities and means of interstate commerce, did knowingly persuade, induce, entice and coerce an individual, T.H., who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, namely a criminal offense under Arkansas law, Sexual Indecency with a Child, in violation of A.C.A. § 5-14-110.

All in violation of Title 18, United States Code, Section 2422(b).

### COUNT TWO

From in or about March 2017, through on or about May 4, 2018, in the Eastern District of Arkansas and elsewhere, the defendant,

JONATHAN STACY BERRIER,

knowingly traveled in interstate commerce for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age.

All in violation of Title 18, United States Code, Section 2423(b).