## MEMORANDUM

**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 1 2 2020

JAMES W. McCORMACK, CLERK
By: 
DEP CLERK

**DATE:** 2/12/2020

**TO:** Criminal Docket Clerk

**FROM:** Carrie Young
U.S. Marshals Service

_____   Deft. taken into U.S. Marshal Service custody on a detainer
(Date)        from _____.

_____   Deft. taken into U.S. Marshal Service custody on a Warrant of
(Date)        Removal.

**2/11/2020**   Deft. taken into U.S. Marshal Service custody on a Return
(Date)        Psychiatric Study.

_____ Deft. returned to custody of _____
(Date)                                    (State)

_____ Deft. returned to custody of _____
(Date)                                    (Another District)

**CASE NO.:** <u>4:18-CR-267 BSM</u>

**DEFENDANT'S NAME:** <u>Jonathan Stacy Berrier</u>