UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                         NO.  4:18CR00267-01 BSM

JONATHAN STACY BERRIER                                      DEFENDANT

## MOTION TO SUPPRESS AND/OR MOTION FOR *DENNO* HEARING

Comes the Defendant, Jonathan Stacy Berrier, by his attorney, Danny W. Glover, and for his Motion to Suppress and/or Motion for *Denno* hearing states to the court as follows:

1. From reviewing the discovery provided by the prosecution, it appears that the Defendant may have made certain statements to law enforcement. The prosecutor may intend to offer these statements into evidence at the trial of this matter or use them for cross-examination.

2. The Defendant moves the court to suppress any statements made by him. Any such statements that were made were made without proper Miranda warnings and were involuntary. The statements should be suppressed under the 5th Amendment of the United States Constitution.

3. The court should conduct a *Denno* hearing as required by *Jackson v Denno*, 378 U.S. 368 (1964) to review any statements allegedly made by the Defendant which the government may offer into evidence or through cross examination at the trial of this matter.

**WHEREFORE**, the Defendant prays the court conduct a hearing and review all statements that are attributed to the Defendant that the government intends to offer at the trial of this matter and to suppress any such statements.

Respectfully Submitted,

GLOVER & ROBERTS
Attorneys for Defendant

Danny W. Glover   #93119
405 Hwy 64 W
P.O. Box 844
Wynne, AR 72396
Ph: (870) 238-2412
Fax: (870) 238-2599
dgloverfed@hotmail.com

## CERTIFICATE OF SERVICE

I do hereby certify that on April 20, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Ms. Kristin Bryant
Assistant U.S. Attorney
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229

Danny W. Glover