# MEMORANDUM

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 01 2022

TAMMY H. DOWNS, CLERK

By: _____
DEP CLERK

**DATE:** 10/31/2022

**TO:** Criminal Docket Clerk

**FROM:** Cody Harvey
Investigative Analyst
U.S. Marshals Service

**RE:** Defendant in custody of U.S. Marshals Service

Date: _____ Defendant taken into U.S. Marshal Service custody on a detainer from: _____.

Date: 10/31/2022 Defendant in U.S. Marshal Service custody on an ASR-P/WHCAP from: Butner Medium II FCI.

Date: _____ Defendant taken into U.S. Marshal Service custody on a Warrant of Removal.

Date: _____ Defendant taken into U.S. Marshal Service custody on a Return Psychiatric Study.

Date: _____ Defendant returned to custody of _____.
(State)

Date: _____ Defendant returned to custody of _____.
(Another District)

**CASE NUMBER:** 4:18CR00267BSM

**DEFENDANT'S NAME:** Berrier, Jonathan 31963-009